UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

GREGORY ALLEY,

       Plaintiff

v.

LELAND DUDEK, Acting Commissioner of Social Security,

       Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:23-cv-00004-HCA

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to Fed. R. Civ. P. 58, the Acting Commissioner's decision is affirmed.

Date: March 17, 2025

CLERK, U.S. DISTRICT COURT

/s/ K. Bartolo
By: Law Clerk